# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRA ALICIA CASILLAS (1),<br>IRIS DENISE OCHOA (2),<br>LOURDES BETSABE CASILLAS (3),<br>TIFFANY RACHEL TINOCO (4),<br><br>Defendants. | Case No.: 22-CR-01159-RBM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the motion hearing, currently scheduled for September 23, 2022, be rescheduled to *October 28, 2022, at 9:00AM*. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) due to pending pretrial motions, and pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice for the reasons stated in the motion.

**SO ORDERED.**

DATED: 9/22/2022

_____
**HON. RUTH BERMUDEZ MONTENEGRO**
United States District Court Judge